Case 10-19167    Doc 9    Filed 05/04/10    Entered 05/06/10 11:17:07    Desc Main
Document    Page 1 of 1

B 3B (Official Form 3B) (12/07) -- Cont.
10-19467:3.0:Application to Proceed In Forma Pauperis:Main Document Entered: 4/29/2010 3:04:38 PM by:Marvin Miller Page 4 of 4

# UNITED STATES BANKRUPTCY COURT

## Northern District of Illinois

In re: Beske, John Robert / Rose, Martha Sue     Case No. 10-19167
      Debtor(s)

### ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[X] DENIED.

The debtor shall pay the chapter 7 filing fee according to the following terms:

$ 74.75 on or before May 19, 2010
$ 74.75 on or before June 21, 2010
$ 74.75 on or before July 19, 2010
$ 74.75 on or before August 19, 2010

Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ am/pm at _____.
                                                                    (address of courthouse)

IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: May 4, 2010

BY THE COURT:

_____
United States Bankruptcy Judge